IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 19-20017-01-JAR |
| RICK SHEPARD ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

On August 30, 2023, Mr. Shepard, through counsel, filed an unopposed motion for early termination of probation. (Doc. 30)

"The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time . . . after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c); see also Fed. R. Crim. P. 32.1(c)(2) (no hearing is required to modify conditions of probation if relief sought is favorable to the defendant and does not extend the term of probation, and an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so).

Mr. Shepard began his probation on September 14, 2020, and his term expires on September 13, 2025. He has served nearly three years of his five-year term of probation. According to his probation officer, Mr. Shepard has maintained stable employment and residence and has reported as directed. The defendant has no outstanding fines or fees. Mr.

1

Shepard's drug testing requirements were waived. The defendant has not had any noncompliance issues while on supervision.

Here, the relief sought – early termination of probation – is favorable to the defendant and does not extend the term of probation, and Assistant United States Attorney Jabari Wamble has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so. United States Probation Officer Assistant Abby Maracic states that the probation office does not oppose early termination of Mr. Shepard's probation.

IT IS THEREFORE ORDERED that the remaining term of Mr. Shepard's probation is terminated. The defendant is discharged and the unopposed motion for early termination (Doc. 30) is GRANTED.

Dated this 6th day of September, 2023, at Kansas City, Kansas.

s/ Julie A. Robinson
JULIE A. ROBINSON
United States District Judge
